**Order entered March 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00903-CV

**EVAN LANE (VAN) SHAW, Appellant**

**V.**

**D. BRENT LEMON, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-01451**

## ORDER

The Court has before it appellant's March 7, 2013 unopposed and verified motion for forty-five day extension of time to file reply and cross-appellee brief. The Court **GRANTS** the motion and **ORDERS** appellant to file any reply and cross-appellee brief by April 22, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE